UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TROY DUNCAN,

                Plaintiff,

-v-

LAMAR GREENWOOD, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 7132 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Initial Case Management Conference held on October 3, 2025, a Telephone Conference to discuss the status of the discovery is scheduled for **February 3, 2026, at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:     New York, New York
            October 3, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge