UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TROY DUNCAN,

                    Plaintiff,

        -v-                                            CIVIL ACTION NO. 25 Civ. 7132 (SLC)

                                                       **ORDER**

LAMAR GREENWOOD, et al.,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the Final Report of the Mediator, dated April 8, 2026, advising

the Court that the parties have reached a settlement on all issues.  (Dkt. No. 15).  Accordingly, on

or before **May 11, 2026**, the parties are **ORDERED** to file a Stipulation of Dismissal.

Further, in light of the parties' settlement, the telephone conference to discuss the status

of discovery scheduled for **April 29, 2026 at 3:00 p.m. ET**, (Dkt. No. 14), is **CANCELLED** and all

deadlines set forth in the Case Management Plan, (Dkt. No. 11), are **VACATED**.

Dated:      New York, New York          SO ORDERED.
            April 9, 2026

                                         _____
                                         SARAH L. CAVE
                                         **United States Magistrate Judge**