UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TROY DUNCAN,

                              Plaintiff,

        -v-                                                  CIVIL ACTION NO. 25 Civ. 7132 (SLC)

                                                             **ORDER**

LAMAR GREENWOOD, et al.,

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 16, the parties' deadline to file a Stipulation of Dismissal (the "SoD") was May 11, 2026.  (Dkt. No. 16).  To date, the parties have not filed the SoD.  As a one-time courtesy, the Court sua sponte **EXTENDS** the parties' deadline to file the SoD to **May 19, 2026**.

Dated:      New York, New York          SO ORDERED.
            May 12, 2026

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**